# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE BELLS JR., <br> Petitioner, <br> v. <br> UNITED STATES, et al., <br> Respondents. | CASE NO. 2:16-CV-08169-DMG (SK) <br><br> **JUDGMENT** |

Pursuant to the Order Dismissing Action, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are hereby dismissed without prejudice.

DATED: May 30, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE